UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOSEPH H. EVANS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 96-20036 |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

The Seventh Circuit Court of Appeals has barred Petitioner Joseph H. Evans from filing anything within the Circuit until he pays a $500 fine.  See Evans v. United States, 01-2026 (7th Cir. May 8, 2001).  To date, Evans has not paid the fine.  This prevents the Court from considering Evans' untimely December 28, 2005, Rule 60(b) motion.  It also prevents the Court from denying the motion as a flimsy attempt to cloak a successive habeas under the guise of a Rule 60(b) motion.

Ergo, Evans' December 28, 2005, correspondence will not be

considered. The Clerk's Office is directed not to docket any of Evans' future submissions until he provides proof of having satisfied the $500 fine the Seventh Circuit Court of Appeals imposed on May 8, 2005.

IT IS SO ORDERED.

ENTER: January 4, 2006

FOR THE COURT:
s/Richard Mills<br>United States District Judge